**AFFIRMED as MODIFIED and Opinion Filed December 19, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01221-CR**

**ALEX ROBERT CASTILLO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-76406-S**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Garcia
Opinion by Justice Garcia

A jury convicted appellant of murder and assessed punishment at thirty years in prison. In three issues, appellant argues the trial court erred in admitting punishment evidence regarding his prior conviction for cruelty to animals and the judgment should be modified to reflect his not guilty plea. In a cross-point, the State argues the judgment should also be modified to reflect the correct statute for the offense.

We conclude appellant's first two issues have not been preserved for our review. We modify the judgment and as modified, affirm.

## I. BACKGROUND

A jury found appellant guilty of murder for the shooting death of Jesse Avila. During the punishment phase, the State presented evidence of appellant's 2012 conviction for cruelty to nonlivestock animals. The evidence was offered during the testimony of Investigator Darrell Doty, and when it was offered appellant's counsel expressly stated that he had no objection. When the punishment phase concluded, the jury assessed punishment at thirty years in prison. This timely appeal followed.

## II. ANALYSIS

### A. Evidence of Prior Conviction

Appellant's first issue argues the trial court erred when it allowed the State to introduce punishment evidence of his prior conviction for cruelty to animals. His second issue argues the admission of the prior conviction violated his rights to due process and due course of law and the prior judgment of conviction is "false and void on its face."

The law in Texas is well settled that to preserve a complaint for appellate review, a party must make a timely, specific objection in the trial court. TEX. R. APP. P. 33.1(a)(1); *Dinkins v. State*, 894 S.W.2d 330, 355 (Tex. Crim. App. 1995); *Little v. State*, 758 S.W.2d 551, 563–64 (Tex. Crim. App. 1988). To the extent appellant seeks to argue the prior judgment is void, an objection was nonetheless required to preserve the issue for our review. *See Ex parte Sanders,* 588 S.W.2d 383, 384 (Tex.

Crim. App. 1979) "[f]ailure to object to proof of a void conviction has been held to constitute waiver."

Appellant's counsel expressly stated that he had no objection when the complained-of evidence was offered for admission. Accordingly, appellant's first two issues have not been preserved for our review. *See* TEX. R. APP. P. 33.1(a)(1).

**B.    Modifying the Judgment**

Appellant argues the judgment should be modified to reflect his not guilty plea. The State agrees and argues the judgment should also be modified to reflect the correct statute for the charged offense.

We are authorized to reform a judgment to make the record speak the truth when we have the necessary information to do so. *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993).

Here, the judgment recites that appellant pleaded guilty, but the record reflects that appellant pleaded not guilty. The judgment also lists the statute for the offense as "TEX. PENAL CODE ANN. § 19.02(C)." The correct statute for the offense, however, is TEX. PENAL CODE ANN. § 19.02(b).

We therefore sustain appellant's third issue and the State's cross-point and modify the judgment accordingly.

### III.    CONCLUSION

We resolve appellant's first two issues against him. We modify the judgment to reflect that appellant pleaded not guilty and that the statute for the offense was

TEX. PENAL CODE ANN. § 19.02(b). As modified, the trial court's judgment is affirmed.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
221221F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ALEX ROBERT CASTILLO,
Appellant

No. 05-22-01221-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-76406-S.
Opinion delivered by Justice Garcia.
Justices Partida-Kipness and
Pedersen, III participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that Alex Robert Castillo pleaded not guilty and the correct statute for the offense is TEX. PENAL CODE ANN. § 19.02(b).
As **REFORMED**, the judgment is **AFFIRMED**.


Judgment entered December 19, 2023